FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0215

JACQUELYN M. HUGHES,

Plaintiff and Appellant,

v.

ERIC L. ANDERSON and MIDCENTURY
INSURANCE COMPANY,

Defendants and Appellees.

FILED

OCT 15 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellee Eric L. Anderson moves to strike substantial portions of the Appellant's Reply Brief filed on September 26, 2024, along with all supplemental appendices submitted with the Reply Brief. Anderson contends that the appendices consist of materials that are not contained within the record on appeal and that the arguments referring to them in the brief inappropriately rely on matters outside the record. He seeks to strike additional arguments in the Reply Brief on the ground that they are improper false and defamatory personal attacks upon Anderson's counsel. Appellant Jacquelyn M. Hughes responds that her submissions are proper and appropriate to demonstrate that Anderson's Response Brief contains numerous false representations and to support her argument for sanctions under M. R. App. P. 19(5). Hughes contends, "If a request for sanctions can be made within a brief, it stands to follow that evidence which supports the request can also be included in the brief."

Briefing in this appeal recently has been completed, and the case is ready for classification and submission to the Court. Having reviewed the motion and response, the Court determines that it will be in a better position to consider the merits of Anderson's motion to strike after having had the opportunity to review the briefs and record on appeal.

IT IS THEREFORE ORDERED that the Appellee Eric Anderson's Motion to Strike is TAKEN UNDER ADVISEMENT pending the Court's full consideration of Hughes's appeal.

The Clerk is directed to notify all counsel of record of the entry of this Order.

DATED this ___ day of October, 2024.

Justices